IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAMON ROGELIO INNISS, #304 894, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:17-CV-188-RAH ) |
| KARLA JONES, WARDEN, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On January 28, 2020, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 64.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Defendants' motions for summary judgment are GRANTED.

2. This case is DISMISSED with prejudice.

3. Costs are taxed against Plaintiff.

A separate Final Judgment will be entered.

DONE, this 3rd day of March, 2020.

                                        /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE